CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DAVID CHIU                                          ANGELA M. WANSLOW
City Attorney                                       Deputy City Attorney

Direct Dial:   (415) 554-4261
Email:         angela.wanslow@sfcityatty.org

December 22, 2025

Magistrate Judge Alex G. Tse
Courtroom A, 15th floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Jaclyne Atoigue v. City and County of San Francisco*; Case No. 3:25-CV-07547-AGT

Dear Judge Tse:

In response to the Court's December 19, 2025 request, ECF Doc. No. 17, the parties confirm that the substantive portions of the stipulated protective order filed on December 19, 2025, ECF Doc. No. 16, does not differ in any respect from this Court's model protective order.

Very truly yours,

DAVID CHIU
City Attorney

*/s/ Angela M. Wanslow*
ANGELA M. WANSLOW
Deputy City Attorney

FOX PLAZA · 1390 MARKET STREET, 5TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · WWW.SFCITYATTORNEY.ORG

q:\images\atoigue_jaclyne_260136\pleadings\_to file\2025-12-22 letter re statement confirming stip. prot. ord..docx