UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYNE ATOIGUE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRAN-CISCO,<br><br>　　　　　Defendants. | Case No.  25-cv-07547-AGT(AGT)<br><br>**CASE MANAGEMENT ORDER** |

　　　The Court sets the following dates and deadlines for further proceedings. Deadlines for pretrial filings (e.g., motions in limine, witness and exhibit lists) will be set at a later date. Any change to dates in this order requires court approval.

| Event | Date/Deadline |
|---|---|
| Last day to move to join parties or amend pleadings | March 20, 2026 |
| Last day for mediation | March 20, 2026 |
| Fact discovery cutoff | October 9, 2026 |
| Initial expert witness disclosures | November 9, 2026 |
| Rebuttal expert witness disclosures | December 9, 2026 |
| Further case management conference | January 15, 2027 |
| Expert discovery cutoff | February 5, 2027 |

| Deadline to hear dispositive motions | December 4, 2026 |
| --- | --- |
| Final pretrial conference | March 5, 2027 |
| Trial | April 5–9, 2027 |

**IT IS SO ORDERED.**

Dated: December 29, 2025

Alex G. Tse
United States Magistrate Judge

2