DAVID CHIU, State Bar #189542
City Attorney
CECILIA T. MANGOBA, State Bar #169007
Chief Labor Attorney
ANGELA M. WANSLOW, State Bar #362435
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor Five
San Francisco, California 94102-5408
Telephone: (415) 554-4261
E-Mail: angela.wanslow@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACLYNE ATOIGUE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:25-CV-07547-AGT<br><br>Assigned to Magistrate Judge Alex G. Tse<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND EXTEND RELATED DISCOVERY AND MOTION DEADLINES; [PROPOSED] ORDER**<br><br>Pretrial Conference: March 5, 2027<br>Time: 2:00 p.m.<br>Place: Courtroom A – 15th Floor<br><br>Trial Date: April 5-9, 2027 |

Pursuant to the Court's Civil Local Rule 7-11, Plaintiff Jaclyne Atoigue ("Plaintiff") and Defendant City and County of San Francisco ("Defendant") (collectively the "Parties"), by and through their counsel, hereby stipulate and respectfully request the Court to continue the trial date in this matter from April 5, 2027, to November 8, 2027, and to extend all corresponding discovery and motion deadlines accordingly. The extension is requested because the parties require additional time to complete discovery in this case.

Specifically, the Parties require additional time to schedule depositions, complete written discovery and document production, and retain experts before the deadline for summary judgment. Fact discovery currently closes on October 9, 2026. To date, both Parties have served an initial set of discovery requests and responded with document productions. The Parties have been meeting and conferring regarding various discovery issues and deposition scheduling based on their respective availablity. The Parties are also meeting and conferring on, *inter alia*, the scope of discovery sought by Plaintiff with respect to the number of job classifications being challenged in this action. Defendant's counsel was in trial between June 15, 2026 and July 23, 2026, and will be in trial for four to six weeks beginning October 5, 2026. The Parties are attempting to schedule depositions in late November and early December 2026. Plaintiff has also indicated that she wishes to retain one or more experts prior to the summary judgment deadline in this matter, which is currently due on October 30, 2026. Additional discovery will also enable the Parties to continue meaningful settlement conversations.

In addition to the Parties' ongoing discovery efforts, the seven-month extension of time is requested due to defense counsel's availability for trial in 2027. Beginning in February 2027, the City will be engaged in collective bargaining with nearly all of its 38 employee labor unions—an effort that will require the participation of all attorneys on the City Attorney's Labor Team, including counsel for the City in this matter. The City will have limited resources available for trial throughout the bargaining process. Bargaining is expected to conclude by the end of May 2027. Defendant's counsel has civil trials set in other matters in San Francisco Superior Court on July 12, 2027; August 30, 2027; and October 4, 2027.

Finally, the Parties respectfully request that the deadline to hear dispositive motions be set for a date after the close of expert discovery. Both Plaintiff and Defendant anticipate retaining experts to offer opinions relating to Plaintiff's reasonable accommodation claim. As such, the Parties wish to conduct expert discovery before filing their respective Rule 56 summary judgment motions, if any.

Accordingly, the parties stipulate and hereby respectfully request the Court grant the following discovery deadline extensions and trial continuance:

| | |
|---|---|
| Fact Discovery Cutoff | May 14, 2027 |
| Initial Expert Witness Disclosures | June 14, 2027 |
| Rebuttal Expert Witness Disclosures | July 14, 2027 |
| Further Case Management Conference | August 13, 2027 |
| Expert Discovery Cutoff | August 16, 2027 |
| Deadline to Hear Dispositive Motions | September 27, 2027 |
| Final Pretrial Conference | October 8, 2027 |
| Trial | November 8-10, 12-13, 2027 |

Dated: September 14, 2026.

DAVID CHIU
City Attorney
CECILIA T. MANGOBA
Chief Labor Attorney
ANGELA M. WANSLOW
Deputy City Attorneys

By: */s/Angela M. Wanslow*
ANGELA M. WANSLOW

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: September 14, 2026

TRE LEGAL PRACTICE
Timothy Ryan Elder
Kristopher A. Nelson

By: */s/ Kristopher A. Nelson*
KRISTOPHER A. NELSON

Attorneys for Plaintiff
JACLYNE ATOIGUE

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: ________________

THE HONORABLE ALEX G. TSE
United States Magistrate Judge

**DECLARATION OF ANGELA M. WANSLOW**

I, Angela M. Wanslow, declare and state as follows:

1. I am a Deputy City Attorney in the San Francisco City Attorney's Office and counsel of record for Defendant the City and County of San Francisco ("Defendant") in the above-captioned action.

2. On December 23, 2025, Defendant served its initial set of discovery requests in this case. Plaintiff served responses on February 12, 2026 and a production of documents on February 12, 2026.

3. On March 17, 2026, the Defendant and Plaintiff Jaclyne Atoigue ("Plaintiff") (collectively the "Parties") attended mediation in this case. The Parties did not reach a resolution at that time and agreed that additional discovery would be beneficial to an understanding of the merits of Plaintiff's lawsuit.

4. On May 4, 2026, Plaintiff served her initial set of discovery requests. Defendant served responses on June 12, 2026 and a production of documents on June 15, 2026.

5. Between June 15, 2026 to July 23, 2026, I was in trial in an unrelated civil lawsuit proceeding in San Francisco Superior Court. In an effort to keep discovery moving in this case, I continued to meet and confer with Plaintiff's counsel regarding discovery during trial, including the scope of job classifications Plaintiff challenges in this case. The Parties are continuing to meet and confer regarding Plaintiff's discovery requests.

6. After trial, I emailed Plaintiff's counsel in this case to inquire as to Plaintiff's availability for deposition.

7. On August 11, 2026, I met and conferred with Plaintiff's counsel regarding the status of this case. The Parties agreed that based on the remaining discovery needed in this case and my trial schedule (including a 4-6 week trial commencing in state court on October 5, 2026), additional time will be required to complete discovery in this matter.

8. At present, I have four civil trials scheduled in San Francisco Superior Court on the following dates: October 5, 2026; July 12, 2027; August 30, 2027; and October 4, 2027.

9. The City will also be engaged in collective bargaining with nearly all of its 38 employee labor unions beginning in February 2027. Citywide bargaining requires the participation of all attorneys on my assigned team (Labor) at the City Attorney's Office and severely constrains the availability of staff and attorneys for trial. Bargaining is expected to conclude by the end of May 2027.

10. Accordingly, Plaintiff's counsel and I continued to meet and confer regarding possible trial dates based on our respective availability and have stipulated to request a trial continuance in this matter to November 8, 2027.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 14, 2026

By: */s/ Angela M. Wanslow*
ANGELA M. WANSLOW
Deputy City Attorney

**ATTESTATION OF E-FILED SIGNATURE**

I, Angela M. Wanslow, am the ECF User whose ID and password are being used to file this **STIPULATION TO CONTINUE TRIAL DATE AND EXTEND RELATED DISCOVERY AND MOTION DEADLINES; [PROPOSED] ORDER**. In compliance with Local Rule 5-1(i)(3), I attest that Kristopher A. Nelson has read and approved this pleading and consents to its filing in this action.

Dated: September 14, 2026.

DAVID CHIU
City Attorney
CECILIA T. MANGOBA
Chief Labor Attorney
ANGELA M. WANSLOW
Deputy City Attorneys

By: */s/Angela M. Wanslow*
ANGELA M. WANSLOW

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO