UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACLYNE ATOIGUE,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Defendants.

Case No. 25-cv-07547-AGT

**AMENDED CASE MANAGEMENT ORDER**

The Court sets the following dates and deadlines, none of which will be modified without Court approval upon a showing of good cause. Deadlines for pretrial filings (e.g., motions in limine, witness and exhibit lists) will be set at a later date.

| **Event** | **Date/Deadline** |
| --- | --- |
| Fact discovery cutoff | May 14, 2027 |
| Initial expert witness disclosures | June 14, 2027 |
| Rebuttal expert witness disclosures | July 14, 2027 |
| Further Case Management Conference | August 13, 2027 |
| Expert discovery cutoff | August 16, 2027 |
| Deadline to Hear Dispositive Motions | September 27, 2027 |

| | |
|---|---|
| Final pretrial conference | January 10, 2028 |
| Trial | January 24-28, 2028 |

**IT IS SO ORDERED.**

Dated: September 22, 2026

Alex G. Tse
United States Magistrate Judge